IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE RIDGE WALLET LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>        Defendants. | **Case No**. 1:23-cv-16498<br><br>**Judge** THOMAS M. DURKIN<br><br>**Magistrate Judge** BETH W. JANTZ |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, The Ridge Wallet LLC ("Plaintiff" or "Ridge") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names")[2] and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Ridge's Motion in part as follows.

This Court finds Ridge has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 12, 2023 [16], ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.
[2] This Motion does not apply to Defendant No. 96. Tuobaoup, until Defendant's Motion to Dissolve [Docket No. 22] has been ruled upon by this Court.

1

consumers in the United States, including Illinois. Specifically, Ridge has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Ridge's federally registered trademarks and Copyrights (the "Ridge Wallet Trademarks" and the "Ridge Wallet Copyrights") to residents of Illinois. In this case, Ridge has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Ridge Wallet Trademarks and/or the "Ridge Wallet Copyrights."[3] *See* Docket No. [12], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Ridge Wallet Trademarks and/or the Ridge Wallet Copyrights.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Ridge's previously granted Motion for Entry of a TRO establishes that Ridge has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Ridge will suffer irreparable harm if the injunction is not granted.

Specifically, Ridge has proved a *prima facie* case of trademark infringement because (1)

---

[3] The specific intellectual property infringed is identified on the cover page for each defendant respectively in Exhibit 3 to the Declaration attached to Plaintiff's Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order. [12]

the Ridge Wallet Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Ridge Wallet Trademarks, and (3) Defendants' use of the Ridge Wallet Trademarks is causing a likelihood of confusion as to the origin or sponsorshipof Defendants' products with Ridge. Additionally, Ridge has proved a *prima facie* case of copyright infringement because Ridge has shown: (1) valid ownership in the Ridge Wallet Copyrights; (2) copying of constituent elements of the work that are original; and (3) Defendants are not licensed or authorized to use any of the Ridge Copyrights. Furthermore, Defendants' continued and unauthorized use of the Ridge Wallet Trademarks and Copyrights, irreparably harms Ridge through diminished goodwill and brand confidence, damage to Ridge's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Ridge has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
   a. using the Ridge Wallet Trademarks and/or the Ridge Wallet Copyrights, or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Ridge Wallet product or not authorized by Ridge to be sold in connection with the Ridge Wallet Trademarks and/or the Ridge Wallet Copyrights;
   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Ridge Wallet product or any other product produced by Ridge, that is not Ridge's

or not produced under the authorization, control, or supervision of Ridge and approved by Ridge for sale under the Ridge Wallet Trademarks and/or the Ridge Wallet Copyrights;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Ridge, or are sponsored by, approved by, or otherwise connected with Ridge; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Ridge, nor authorized by Ridge to be sold or offered for sale, and which bear any of Ridge's trademarks and/or copyrights including the Ridge Wallet Trademarks and/or the Ridge Wallet Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Ridge's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Joybuy, NewEgg, Temu and DHgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Ridge expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

      a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

      b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

      c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, eBay, Wish, Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe") or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Ridge's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Ridge Wallet Trademarks and/or the Ridge Wallet Copyrights.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial,

        Wish.com, Amazon Pay, eBay, Joybuy, Payoneer, Stripe, and DHGate shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Ridge may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Henan Zenpe Technology Co., Ltd. and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

8. The $287,000 bond posted by Ridge [18] shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

                                                    SO ORDERED:

*Thomas M. Durkin*

Thomas M. Durkin
United States District Judge

Dated: January 9, 2024

7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE RIDGE WALLET LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | **Case No.** 1:23-cv-16498<br><br>**Judge** THOMAS M. DURKIN<br><br>**Magistrate Judge** BETH W. JANTZ |

## SCHEDULE A TO THE COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Henan Zenpe Technology Co., Ltd. | hnzhipai.en.alibaba.com |
| 2 | Guangzhou Bomeirui Manufacturing Co., Ltd. | 361packaging.en.alibaba.com |
| 3 | Zhongshan Artigifts Premium Metal & Plastic Co., Ltd. | artigifts.en.alibaba.com |
| 4 | Guangzhou Jiaye Leather Co., Ltd. | bluflut.en.alibaba.com |
| 5 | Yiwu Jiefeng Leather Goods Co., Ltd. | cn1520611976cvis.en.alibaba.com |
| 6 | Guangzhou Epsilon Import & Export Co., Ltd. | cnepsilon.en.alibaba.com |
| 7 | Fuzhou Chenshiqing Trading Co., Ltd. | csq-intl.en.alibaba.com |
| 8 | Dongguan Forever Emblem & Badge Craft Co., Ltd. | foreveremblem.en.alibaba.com |
| 9 | Fuzhou Suna Commerce Co., Ltd. | fzsuna.en.alibaba.com |
| 10 | Guangzhou Gaofeiya Leather Co., Ltd. | goflyahandbag.en.alibaba.com |
| 11 | Guangzhou Gao Fei Ya Leather Co., Ltd. | gorfia.en.alibaba.com |
| 12 | Guangzhou GrandBag Leather Products Co., Ltd. | grandbag.en.alibaba.com |
| 13 | Guangxi Yulin Wutu Leather Co., LTD | gxylwtpj.en.alibaba.com |
| 14 | Guangzhou Niudun Technology Co., Ltd. | gzniudun.en.alibaba.com |
| 15 | Guangzhou Snail Leather Carving Trading Co., Ltd. | gzwnpd.en.alibaba.com |
| 16 | Hengshui Liou Import And Export Trade Co., Ltd. | hsliou.en.alibaba.com |
| 17 | Shenzhen Hongxingjiake Electronic Co., Ltd. | hxjelec.en.alibaba.com |
| 18 | Shenzhen JHM Handbag Products Co., Ltd. | jiahuimei.en.alibaba.com |
| 19 | Yiwu Jixu Import And Export Co., Ltd. | jixu.en.alibaba.com |
| 20 | Guangzhou Ouxin Leather Factory | oxleather.en.alibaba.com |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 21 | Guangzhou Pofeis Leather Co., Ltd. | pofeis.en.alibaba.com |
| 22 | Shenzhen Powerteam Technology Co., Ltd. | powerteamtech.en.alibaba.com |
| 23 | Guangzhou Qishang Industrial Co., Ltd. | qshandbag.en.alibaba.com |
| 24 | Dong Guan Star Vincci Leatherware Co., Ltd. | starvincci.en.alibaba.com |
| 25 | Shenzhen Arrebol Technology Co., Ltd. | szarrebol.en.alibaba.com |
| 26 | Quanzhou Travel-Ready Co., Ltd. | travel-ready.en.alibaba.com |
| 27 | Quanzhou Travel-Ready Co., Ltd. | travelready.en.alibaba.com |
| 28 | Quanzhou Epoch Travelling Goods Co., Ltd. | veevan.en.alibaba.com |
| 29 | Shenzhen X-World Technology Co., Ltd. | x-world.en.alibaba.com |
| 30 | Shenzhen Xunling Technology Co., Limited | xunling.en.alibaba.com |
| 31 | Yiwu Shirui Leather Goods Co., Ltd. | ywshirui.en.alibaba.com |
| 32 | Bisi Goro card-holder Store | aliexpress.com/store/1100508453 |
| 33 | PAPA Daily Store | aliexpress.com/store/1101222443 |
| 34 | Stay Closer Store | aliexpress.com/store/1101248902 |
| 35 | NSQ Bags Store | aliexpress.com/store/1101264929 |
| 36 | Trend BAGS Store | aliexpress.com/store/1101267384 |
| 37 | BPSHOES Store | aliexpress.com/store/1101272944 |
| 38 | Bycobecy Online Store | aliexpress.com/store/1101355365 |
| 39 | Shoes For You Drop Shipping Store | aliexpress.com/store/1101372612 |
| 40 | buylor Official Store | aliexpress.com/store/1101388765 |
| 41 | Shop4042023 Store | aliexpress.com/store/1101416415 |
| 42 | Geestock Store | aliexpress.com/store/1101546166 |
| 43 | Shop912173271 Store | aliexpress.com/store/1101796942 |
| 44 | Urwellcome Store | aliexpress.com/store/1101930100 |
| 45 | Shop1100264133 Store | aliexpress.com/store/1102027419 |
| 46 | Shop1102297548 Store | aliexpress.com/store/1102297548 |
| 47 | Fashion Official Store | aliexpress.com/store/1102343947 |
| 48 | Global Brand Wallets Store | aliexpress.com/store/1102404044 |
| 49 | Fashion LuggageS Store | aliexpress.com/store/1102487065 |
| 50 | DIENQI Official Store | aliexpress.com/store/1101294516 |
| 51 | Shop1102751692 Store | aliexpress.com/store/1102750725 |
| 52 | Shop1102782109 Store | aliexpress.com/store/1102777267 |
| 53 | Ives434 Store | aliexpress.com/store/1102993651 |
| 54 | Wolf440 Store | aliexpress.com/store/1102994628 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 55 | Finbar439 Store | aliexpress.com/store/1102998632 |
| 56 | Cosiki | amazon.com/sp?seller=A127XQ24408E51 |
| 57 | Davisia | amazon.com/sp?seller=A1294KK2KWJS1M |
| 58 | CouKu Us | amazon.com/sp?seller=A13LJUGATOW03M |
| 59 | Hongsi Industry | amazon.com/sp?seller=A13MPJH45PUS7N |
| 60 | quweibing | amazon.com/sp?seller=A14O2P54YKMVAQ |
| 61 | Andongnywell | amazon.com/sp?seller=A17UVVB5EZ1C70 |
| 62 | Maple Online Shop | amazon.com/sp?seller=A18PIP84HOMZO9 |
| 63 | Kanttea | amazon.com/sp?seller=A1AFUIT5DFPL9L |
| 64 | DoHTeck | amazon.com/sp?seller=A1BU0USJ9KF5ZQ |
| 65 | juepanyashang | amazon.com/sp?seller=A1CEHA86CS0MBJ |
| 66 | Lumumi | amazon.com/sp?seller=A1CNB47O4FZ64N |
| 67 | Avery's Boutique | amazon.com/sp?seller=A1E1NYOOG737PW |
| 68 | Bomomimi | amazon.com/sp?seller=A1G9TGYOIS4XVZ |
| 69 | MUCO Dream | amazon.com/sp?seller=A1GSFJKC4OUOEO |
| 70 | 3C3C | amazon.com/sp?seller=A1J06IKM8AD4QN |
| 71 | amigo2020 | amazon.com/sp?seller=A1K4IEPNBQMIPW |
| 72 | UWWU-US | amazon.com/sp?seller=A1KJXD81ZOP93O |
| 73 | BUBMAN | amazon.com/sp?seller=A1L52X6CM7CNV8 |
| 74 | Khalsa supplies | amazon.com/sp?seller=A1MTRWQ2G7VRIC |
| 75 | SRTUMEY-Baby➤CLEARANCE SALES➤7-15 Days | amazon.com/sp?seller=A1N70I1CNZVY36 |
| 76 | FOR-FUP Deen | amazon.com/sp?seller=A1QCJT1GD3X9D |
| 77 | HONZIC3 | amazon.com/sp?seller=A1QNZURSSOA813 |
| 78 | guangzhoubianxiangshangmaoyouxiangongsi | amazon.com/sp?seller=A1QTO7THQTV4TI |
| 79 | Wings Market | amazon.com/sp?seller=A1RTK05ZSML2TE |
| 80 | Wyfdc | amazon.com/sp?seller=A1S5L1QE72EC5Y |
| 81 | T-MFY | amazon.com/sp?seller=A1UKHMEUQ41EX9 |
| 82 | ADRTEW79 | amazon.com/sp?seller=A1W3YEQBU59E2J |
| 83 | YWSSS | amazon.com/sp?seller=A1WV8IUJDQPATO |
| 84 | Billybee | amazon.com/sp?seller=A1XXCBD1IFN2MS |
| 85 | weigoot | amazon.com/sp?seller=A1YV9SI4H06N3V |
| 86 | Yun Chen Clothing 7-15 delivery | amazon.com/sp?seller=A1Z340H8127GSG |
| 87 | botala | amazon.com/sp?seller=A1ZB4NC8ITZJWN |
| 88 | 🚀MANDIY🚀 7-15 day Delivery🚀 | amazon.com/sp?seller=A1ZYV4RGN5VRSH |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 89 | YLWJMJ | amazon.com/sp?seller=A21H4CIYXTRXAN |
| 90 | Anna Shop | amazon.com/sp?seller=A26GLXYD06GL50 |
| 91 | PLANNER'S HOUSE | amazon.com/sp?seller=A28QPZI0Y2VDM7 |
| 92 | BOMOMI | amazon.com/sp?seller=A2B72BG5Y1FLHM |
| 93 | JESFFER | amazon.com/sp?seller=A2BMFCQRDFMVDP |
| 94 | Lounge.Store | amazon.com/sp?seller=A2EUM2OVUSCPC6 |
| 95 | BootStar | amazon.com/sp?seller=A2G98DB9G5XC2T |
| 96 | *EXCEPTION* | *EXCEPTION* |
| 97 | Oasis Origin | amazon.com/sp?seller=A2HORGYRSM538G |
| 98 | Jiang He shop | amazon.com/sp?seller=A2IMJ9TNZ9XMC |
| 99 | ggogo | amazon.com/sp?seller=A2IT3QT3SFAZTD |
| 100 | Caunue | amazon.com/sp?seller=A2L3XMUMN9KQ5N |
| 101 | OhNil | amazon.com/sp?seller=A2P997IX2EGZMM |
| 102 | VVJAK65ds-ALL to 70%OFF-(8-14 Fast Delivery) | amazon.com/sp?seller=A2R7T28TMR5O8H |
| 103 | fanLI | amazon.com/sp?seller=A2RI3594UK1QM6 |
| 104 | huhushop | amazon.com/sp?seller=A2S19KAYIQOOLR |
| 105 | Egopitcing | amazon.com/sp?seller=A2TRMEHXTUB1A2 |
| 106 | A2ZeeAccessories | amazon.com/sp?seller=A2WR52AHH1QQJJ |
| 107 | Hiaou | amazon.com/sp?seller=A2WX4A6F2QGL7V |
| 108 | MAWEW US | amazon.com/sp?seller=A2ZPZN9V8GZ7JG |
| 109 | BDFCY(7~15 days delivery) | amazon.com/sp?seller=A30PRFV4C8C93W |
| 110 | Lingkun888888 | amazon.com/sp?seller=A30RJMWL2QO8D8 |
| 111 | NSRETAILS | amazon.com/sp?seller=A30ZMFWSMSANCI |
| 112 | Workfor | amazon.com/sp?seller=A31JRP4O0CU4V |
| 113 | FeiYen US | amazon.com/sp?seller=A32C0FR9N1WOZA |
| 114 | The Comkey | amazon.com/sp?seller=A33QTBTC7Z59PG |
| 115 | SUPPION | amazon.com/sp?seller=A35SSAACBBPT4U |
| 116 | ghty*i | amazon.com/sp?seller=A37054FWDGX1L1 |
| 117 | mqmbangw | amazon.com/sp?seller=A385GPX2JKVKDU |
| 118 | Guesthome | amazon.com/sp?seller=A3ACZZ6E8UYQPC |
| 119 | HUODB (7-21 Days Delivery) | amazon.com/sp?seller=A3BWZV2I6E67AF |
| 120 | tangzkc | amazon.com/sp?seller=A3C1659IK7KYV2 |
| 121 | PENGLOI | amazon.com/sp?seller=A3E22RDYPEYYDX |
| 122 | Yakunmao | amazon.com/sp?seller=A3G0VNP0MLUIS1 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 123 | UpinNguyen | amazon.com/sp?seller=A3GC6A6J8MO8TD |
| 124 | Yunt-us | amazon.com/sp?seller=A3IEB4XABXUZJI |
| 125 | sakd | amazon.com/sp?seller=A3IXVK4LOORL34 |
| 126 | AAPKASTORE. | amazon.com/sp?seller=A3JD5Q053NT05U |
| 127 | Sorftin | amazon.com/sp?seller=A3KOIWKF0O8N3 |
| 128 | moistmask | amazon.com/sp?seller=A3NNC2U8D9VEO5 |
| 129 | Lovely&House | amazon.com/sp?seller=A3O47IKSAQORDG |
| 130 | ikqifgli | amazon.com/sp?seller=A3OFY2NTF5WNET |
| 131 | FUNGORGT | amazon.com/sp?seller=A3OJIP6MG86T0N |
| 132 | neovoc | amazon.com/sp?seller=A3QTN25BJ3UH61 |
| 133 | GOJOAMOY | amazon.com/sp?seller=A3T55CDKN9DGJQ |
| 134 | HanHouse | amazon.com/sp?seller=A3VJAUNWHPQCAR |
| 135 | mengzhihuanshangdian | amazon.com/sp?seller=A4G2VBGPG4GOG |
| 136 | AJIUHE | amazon.com/sp?seller=A4LOMBYNJQKMN |
| 137 | TINGQIAO_zone | amazon.com/sp?seller=A58H92FXFP1EX |
| 138 | SHOUCANGAR Store | amazon.com/sp?seller=A5LWFF7S6TUBI |
| 139 | siwifsfs | amazon.com/sp?seller=A771KOLSA0UK6 |
| 140 | WOUgskoka | amazon.com/sp?seller=A9O1XUC45TSFQ |
| 141 | HPWRIU Official Store (7-15 Delivery) | amazon.com/sp?seller=AAUWQVTGKJVS7 |
| 142 | Ranvoafuit-US | amazon.com/sp?seller=ABW8T739BOKG6 |
| 143 | RUIVE | amazon.com/sp?seller=ACMFF0JKAQQX6 |
| 144 | HGYtjlo | amazon.com/sp?seller=ADR0RA7HYXXIC |
| 145 | cacstore | amazon.com/sp?seller=AETEA7QZZBFIC |
| 146 | WisePoint | amazon.com/sp?seller=AFR62A10TBCV4 |
| 147 | XNWCHALTY | amazon.com/sp?seller=AM010H4RI3I0K |
| 148 | suzhoushigaoxinquyangdonbaihuoxiaoshoujingyingbu | amazon.com/sp?seller=AMCTJCBWYS2BZ |
| 149 | Zeci | amazon.com/sp?seller=AMM3CNJ3759VU |
| 150 | Dedalan | amazon.com/sp?seller=AMRCG6T4XM0QJ |
| 151 | JTSERVICE | amazon.com/sp?seller=APC15787640UO |
| 152 | MOLayys(已备案品牌，跟卖必投) | amazon.com/sp?seller=AQRSH30DXROCN |
| 153 | Thestay | amazon.com/sp?seller=ASJ7SI2Y89BJK |
| 154 | Tidoneam W | amazon.com/sp?seller=ASV0U7SNL7FRL |
| 155 | AI JIA JIA | amazon.com/sp?seller=AWUUOUM3AO7KZ |
| 156 | jiekeLongLONG | amazon.com/sp?seller=AXKFCI6Z40TI2 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 157 | MKVMK | amazon.com/sp?seller=AZ4TBSWMH28DJ |
| 158 | get stuff | amazon.com/sp?seller=AZKD1BLCMY910 |
| 159 | liuyangbag Store | dhgate.com/store/21083146 |
| 160 | feduk Store | dhgate.com/store/21227116 |
| 161 | gabrielcoo Store | dhgate.com/store/21634512 |
| 162 | zhixiann Store | dhgate.com/store/21634878 |
| 163 | estas Store | dhgate.com/store/21635146 |
| 164 | bag8886 Store | dhgate.com/store/21710765 |
| 165 | franco58 Store | dhgate.com/store/21750854 |
| 166 | qg8i Store | dhgate.com/store/21800792 |
| 167 | d6up Store | dhgate.com/store/21800813 |
| 168 | gp0b Store | dhgate.com/store/21800824 |
| 169 | keeg Store | dhgate.com/store/21814889 |
| 170 | ggkkk Store | dhgate.com/store/21815164 |
| 171 | hair212 Store | dhgate.com/store/21815222 |
| 172 | li548 Store | dhgate.com/store/21815328 |
| 173 | titi896 Store | dhgate.com/store/21815465 |
| 174 | bysc Store | dhgate.com/store/21818873 |
| 175 | j4rj Store | dhgate.com/store/21819085 |
| 176 | ll0e Store | dhgate.com/store/21819087 |
| 177 | lg6v Store | dhgate.com/store/21819090 |
| 178 | yp5a Store | dhgate.com/store/21819093 |
| 179 | omzs Store | dhgate.com/store/21819097 |
| 180 | o0uf Store | dhgate.com/store/21819199 |
| 181 | tp4r Store | dhgate.com/store/21819201 |
| 182 | cffx Store | dhgate.com/store/21819310 |
| 183 | vkdw Store | dhgate.com/store/21819364 |
| 184 | glks Store | dhgate.com/store/21819393 |
| 185 | m6uw Store | dhgate.com/store/21819412 |
| 186 | ajpq Store | dhgate.com/store/21819421 |
| 187 | tncb Store | dhgate.com/store/21819444 |
| 188 | lpnj Store | dhgate.com/store/21819446 |
| 189 | gk3u Store | dhgate.com/store/21819450 |
| 190 | crv2 Store | dhgate.com/store/21819463 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 191 | cdjz Store | dhgate.com/store/21819571 |
| 192 | isua Store | dhgate.com/store/21819688 |
| 193 | kbd3 Store | dhgate.com/store/21819709 |
| 194 | gu09 Store | dhgate.com/store/21819718 |
| 195 | qqfp Store | dhgate.com/store/21819729 |
| 196 | xddr Store | dhgate.com/store/21819736 |
| 197 | kkgdii Store | dhgate.com/store/21826965 |
| 198 | daiwosi66 Store | dhgate.com/store/21829124 |
| 199 | shichun88 Store | dhgate.com/store/21829189 |
| 200 | deep01 Store | dhgate.com/store/21829246 |
| 201 | qupev Store | dhgate.com/store/21829295 |
| 202 | uiui8 Store | dhgate.com/store/21829313 |
| 203 | xxlb Store | dhgate.com/store/21829329 |
| 204 | us_hawaii Store | dhgate.com/store/21829576 |
| 205 | diana11 Store | dhgate.com/store/21829821 |
| 206 | ugyvtbds10 Store | dhgate.com/store/21830045 |
| 207 | udfyfnf200 Store | dhgate.com/store/21830054 |
| 208 | vmxixhs300 Store | dhgate.com/store/21830055 |
| 209 | vjuvysk55 Store | dhgate.com/store/21830057 |
| 210 | dasyuyvaudh10 Store | dhgate.com/store/21830058 |
| 211 | aku4528 | ebay.com/usr/aku4528 |
| 212 | bravecow | ebay.com/usr/bravecow |
| 213 | hoe_jon | ebay.com/usr/hoe_jon |
| 214 | lirongzu-0 | ebay.com/usr/lirongzu-0 |
| 215 | madussa-42 | ebay.com/usr/madussa-42 |
| 216 | marprillmann | ebay.com/usr/marprillmann |
| 217 | mynashi | ebay.com/usr/mynashi |
| 218 | qaz12369 | ebay.com/usr/qaz12369 |
| 219 | quadu3896 | ebay.com/usr/quadu3896 |
| 220 | retailric24 | ebay.com/usr/retailric24 |
| 221 | taste76but | ebay.com/usr/taste76but |
| 222 | tianjinhongboshangma0 | ebay.com/usr/tianjinhongboshangma0 |
| 223 | uein5130 | ebay.com/usr/uein5130 |
| 224 | ultimatgadgetselectronics | ebay.com/usr/ultimatgadgetselectronics |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 225 | xia8394 | ebay.com/usr/xia8394 |
| 226 | SHENZHEN QIUYIYUE STORE STORE | newegg.com/Shenzhen-Qiuyiyue-Store/about |
| 227 | ridgeusa.com | ridgeusa.com |
| 228 | aa1526.myshopify | aa1526.myshopify |
| 229 | ridgewalletshop | ridgewalletshop.com |
| 230 | thestealthy.com | thestealthy.com |
| 231 | JoJoBond | temu.com/m-2776947862970.html |
| 232 | Vidabee | temu.com/m-2876259445959.html |
| 233 | SOWOH | temu.com/m-2995378982490.html |
| 234 | OBCREATOR | temu.com/m-3615934161546.html |
| 235 | HSBAG | temu.com/m-39345721804.html |
| 236 | HLY | temu.com/m-4393488280878.html |
| 237 | Funtingtree | temu.com/m-4565661598489.html |
| 238 | Mengchuang excellent digital | temu.com/m-5048851934904.html |
| 239 | RhinBloom | temu.com/m-5455815024785.html |
| 240 | KingRich | temu.com/m-634418211063876.html |
| 241 | YOYOAPPLE | temu.com/m-64780504488.html |
| 242 | BEINOU | walmart.com/reviews/seller/101087292 |
| 243 | ZHAOTAO STORE | walmart.com/reviews/seller/101094440 |
| 244 | FEIXINXIN STORE | walmart.com/reviews/seller/101110441 |
| 245 | WEILAN Ltd | walmart.com/reviews/seller/101111050 |
| 246 | HSMQHJWE Clothing | walmart.com/reviews/seller/101177917 |
| 247 | Kleey JANE Co. Ltd | walmart.com/reviews/seller/101188292 |
| 248 | Zhonghenglai | walmart.com/reviews/seller/101226238 |
| 249 | KI-8jcuD Clothing | walmart.com/reviews/seller/101226255 |
| 250 | JDEFEG Clothing | walmart.com/reviews/seller/101242339 |
| 251 | 2DXuixsh Clothing | walmart.com/reviews/seller/101243493 |
| 252 | Yoslce | walmart.com/reviews/seller/101264016 |
| 253 | LBECLEY Clothing | walmart.com/reviews/seller/101273366 |
| 254 | chancheng Co.Ltd | walmart.com/reviews/seller/101276404 |
| 255 | SEMIMAY INC | walmart.com/reviews/seller/101279570 |
| 256 | JINCHANG | walmart.com/reviews/seller/101282058 |
| 257 | NKOOGH Clothing | walmart.com/reviews/seller/101286187 |
| 258 | Qiandu | walmart.com/reviews/seller/101288194 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 259 | Weijinshan | walmart.com/reviews/seller/101293819 |
| 260 | Krqap | walmart.com/reviews/seller/101297416 |
| 261 | ASEIDFNSA Clothing | walmart.com/reviews/seller/101302036 |
| 262 | Hongzhi Store | walmart.com/reviews/seller/101302558 |
| 263 | ZHAGHMIN Clothing | walmart.com/reviews/seller/101303430 |
| 264 | CBGELRT Clothing | walmart.com/reviews/seller/101306949 |
| 265 | Qufokar Clothing | walmart.com/reviews/seller/101308741 |
| 266 | Debaijin Store | walmart.com/reviews/seller/101327935 |
| 267 | AIYUQ.U INC | walmart.com/reviews/seller/101343165 |
| 268 | Jinafashion | walmart.com/reviews/seller/101353391 |
| 269 | annisrx9 | walmart.com/reviews/seller/101354458 |
| 270 | A&S | wish.com/merchant/55cece3ac984ac4f426bcdaf |
| 271 | Super Blessing | wish.com/merchant/571c86d991aaa15b2cdcf423 |
| 272 | meishicheng | wish.com/merchant/5d4f9f511d9a8e23ba311288 |
| 273 | Farabica_creative | wish.com/merchant/6407321456171c7998391b2a |
| 274 | Joybuy Seller 1 | walmart.com/seller/18988 |
| 275 | Joybuy Seller 2 | walmart.com/seller/18988 |
| 276 | Joybuy Seller 3 | walmart.com/seller/18988 |
| 277 | Joybuy Seller 4 | walmart.com/seller/18988 |
| 278 | Joybuy Seller 5 | walmart.com/seller/18988 |
| 279 | Joybuy Seller 6 | walmart.com/seller/18988 |
| 280 | Joybuy Seller 7 | walmart.com/seller/18988 |
| 281 | Joybuy Seller 10 | walmart.com/seller/18988 |
| 282 | Joybuy Seller 11 | walmart.com/seller/18988 |
| 283 | Joybuy Seller 13 | walmart.com/seller/18988 |
| 284 | Joybuy Seller 14 | walmart.com/seller/18988 |
| 285 | Joybuy Seller 15 | walmart.com/seller/18988 |
| 286 | Joybuy Seller 19 | walmart.com/seller/18988 |
| 287 | Joybuy Seller 20 | walmart.com/seller/18988 |