UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE RIDGE WALLET LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 23-CV-16498<br><br>JUDGE THOMAS M. DURKIN<br><br>MAGISTRATE JUDGE BETH W. JANTZ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby files this notice of voluntary dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 56 | Cosiki |
| 58 | CouKu Us |
| 61 | Andongnywell |
| 86 | Yun Chen Clothing 7-15 delivery |
| 88 | 🚀MANDIY🚀 7-15 day Delivery🚀 |
| 93 | JESFFER |
| 104 | huhushop |
| 106 | A2ZeeAccessories |
| 109 | BDFCY(7~15 days delivery) |
| 116 | ghty*i |
| 122 | Yakunmao |
| 131 | FUNGORGT |
| 136 | AJIUHE |
| 140 | WOUgskoka |
| 141 | HPWRIU Official Store (7-15 Delivery) |
| 142 | Ranvoafuit-US |
| 143 | RUIVE |

| | |
|---|---|
| 150 | Dedalan |
| 220 | retailric24 |
| 221 | taste76but |
| 241 | YOYOAPPLE |
| 243 | ZHAOTAO STORE |
| 244 | FEIXINXIN STORE |
| 246 | HSMQHJWE Clothing |
| 247 | Kleey JANE Co. Ltd |
| 248 | Zhonghenglai |
| 249 | KI-8jcuD Clothing |
| 250 | JDEFEG Clothing |
| 251 | 2DXuixsh Clothing |
| 253 | LBECLEY Clothing |
| 256 | JINCHANG |
| 257 | NKOOGH Clothing |
| 258 | Qiandu |
| 259 | Weijinshan |
| 261 | ASEIDFNSA Clothing |
| 262 | Hongzhi Store |
| 263 | ZHAGHMIN Clothing |
| 264 | CBGELRT Clothing |
| 265 | Qufokar Clothing |
| 267 | AIYUQ.U INC |
| 268 | Jinafashion |

Dated: March 13, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***