UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE RIDGE WALLET LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 23-CV-16498<br><br>JUDGE THOMAS M. DURKIN<br><br>MAGISTRATE JUDGE BETH W. JANTZ |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| DEF NO. | DEFENDANT NAME |
|---|---|
| 66 | Lumumi |
| 78 | guangzhoubianxiangshangmaoyouxiangongsi |
| 100 | Caunue |
| 103 | fanLI |
| 121 | PENGLOI |
| 125 | sakd |
| 130 | ikqifgli |
| 156 | jiekeLongLONG |

Dated: March 19, 2024

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***